UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN


SHAUN RUSHING,

     Plaintiff,

v.                                                                                          Hon. Janet T. Neff

US DISTRICT COURT WESTERN                                        Case No. 1:21-cv-00743
DISTRICT OF KALLOMAZOO,

     Defendant.


**ORDER**

This matter was initiated by Plaintiff in the District of New Jersey. Chief Judge Freda L. Wolfson granted Plaintiff leave to proceed *in forma pauperis* and ordered him to show cause why venue should not be transferred to this court. After reviewing Plaintiff's response, Chief Judge Wolfson ordered the case transferred here. In an Order dated July 31, 2007, then Chief Judge Robert Holmes Bell permanently enjoined Plaintiff "from filing an[y] civil lawsuits in this Court *in forma pauperis*. Any future complaint tendered to the Clerk for filing may be rejected and returned to Plaintiff by order of any district or magistrate judge of this Court." It appears to the Court that Plaintiff tried to manipulate this order by filing his lawsuit in the District of New Jersey. Therefore,

IT IS HEREBY ORDERED that Chief Judge Wolfson's order granting leave to proceed *in forma pauperis* is VACATED and this matter DISMISSED. The Clerk is directed to reject plaintiff's complaint. The Court certifies that any appeal of this decision would be frivolous and brought in bad faith, 28 U.S.C. § 1915(a)(3), and denies Plaintiff leave to appeal *in forma pauperis*.

IT IS SO ORDERED.

Dated: September 1, 2021           /s/ Sally J. Berens
                                            SALLY J. BERENS
                                            U.S. Magistrate Judge